# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH MOORE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:22-cv-2807-DWD |
| | ) |
| **NORTH STAR INSURANCE ADVISORS LLC,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered on January 3, 2023 (Doc. 10), as well as the Notice of Voluntary Dismissal (Doc. 9), this matter is **DISMISSED with prejudice.**

IT IS SO ORDERED.

DATED: January 3, 2023

MONICA A. STUMP, Clerk of Court

*s/ Dana M. Winkeler*
**Deputy Clerk**

Approved: *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**

Page | 1